# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3791
_____

SANDRA WALKER,

Appellant,

v.

DAVITA, INC., and SEDGWICK
CMS,

Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: September 15, 2014.

March 29, 2018


PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Jeffrey J. Kerley of Vernis & Bowling of the Gulf Coast, P.A., St. Petersburg, for Appellees.